CLOSED, DOCSENT, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-03126**

Landry v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Lynn N. Hughes
Lead case: 4:07-cv-02002
Member case: (View Member Case)
Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: No cause code entered

Date Filed: 09/26/2007
Date Terminated: 10/02/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Sandra L. Landry** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3065774) filed by Sandra L. Landry. (Attachments: # 1 Civil Cover Sheet Landry, Sandra L.)(Alexander, David) (Entered: 09/26/2007) |
| 09/27/2007 | 2 | ORDER FOR CONFERENCE. Initial Conference set for 12/17/2007 at 11:00 AM in Room 11122 before Judge Lynn N. Hughes.( Signed by Judge Lynn N. Hughes ) Parties notified.(mmapps, ) (Entered: 09/27/2007) |
| 10/02/2007 | 3 | ORDER STAYING CASE pending a decision by the MDL Panel. Case closed administratively on 10/02/2007.( Signed by Judge Lynn N. Hughes ) Parties notified.(dkelly, ) (Entered: 10/02/2007) |
| | | |

| | | |
|---|---|---|
| 10/10/2007 | | Summons Issued as to Davol, Inc., filed.(ltrevino, ) (Entered: 10/10/2007) |
| 10/10/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(tcampbell, ) (Entered: 10/10/2007) |
| 10/30/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 10/16/2007, answer due 11/5/2007, filed.(rsmith, ) (Entered: 10/30/2007) |
| 10/30/2007 | 5 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 10/15/2007, answer due 11/5/2007, filed.(dhays, ) (Entered: 10/30/2007) |
| 11/15/2007 | | Interdistrict transfer to District of Rhode Island. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by FedEx, filed. (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | 6 | JPML CONDITIONAL TRANSFER ORDER (7) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842.() (Attachments: # 1 Letter from Rhode Island) Parties notified. (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | 7 | Document(s) Sent by FedEx to District Court of Rhode Island; Tracking Number 8633 9898 5122 re: 1 Complaint, 6 Conditional Transfer Order re: 1,6, filed. (kosborne, ) (Entered: 11/16/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/21/2007 14:33:35 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-03126 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |